UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CYNTHIA A. LAMPE,<br><br>            Plaintiff<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | CASE No. C08-5274RBL<br><br>ORDER EXTENDING TIME AND REVISING BRIEFING SCHEDULE |

THIS MATTER coming before the Court on the stipulation of the parties hereto,

IT IS HEREBY ORDERED that the briefing schedule in this matter be revised as follows:

| | |
|---|---|
| Plaintiff's Opening Brief to be filed on or before: | August 25, 2008 |
| Defendant's Answering Brief to be filed on or before: | September 22, 2008 |
| Plaintiff's Reply Brief due by: | October 6, 2008 |

DATED this 18th day of August, 2008.

                                             _/s/ J. Kelley Arnold_____
                                                   U.S. Chief Magistrate Judge

| | |
|---|---|
| Presented by: | Approved for Entry |
| _____<br>TOM O'NEILL   WSB #9363<br>Of Attorneys for Plaintiff | /s/ per phone approval 8-7-08<br>CAROL A. HOCH  WSB #9289<br>Special Assistant United States Attorney |

Order Extending Time and
Revising Briefing Schedule