# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CYNTHIA A. LAMPE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Case No. C08-5274RBL<br><br>ORDER EXTENDING TIME AND<br>REVISING BRIEFING SCHEDULE |

THIS MATTER coming before the Court on the stipulation of the parties hereto:

IT IS HEREBY ORDERED that the briefing schedule in this matter be revised as follows:

| | |
|---|---|
| Plaintiff's Opening Brief to be filed on or before: | November 3, 2008 |
| Respondent's Answering Brief to be filed on or before: | December 1, 2008 |
| Plaintiff's Reply Brief due by: | December 15, 2008 |

DATED this 21st day of October, 2008.

                               */s/ J. Kelley Arnold*
                               U.S. Magistrate Judge

Presented by:                Approved for Entry:

                          /s/ per phone approval 10-14-08
_____      _____
TOM O'NEILL WSB #9363      CAROL A. HOCH WSB #9289
Of Attorneys for Plaintiff        Special Assistant U.S. Attorney

Order Extending Time and
Revising Briefing Schedule