UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CYNTHIA LAMPE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C08-5274RBL-JKA |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | ORDER EXTENDING BRIEFING |
| Of Social Security, | ) | SCHEDULE |
| | ) | |
| Defendant | ) | |
| | ) | |

THIS MATTER coming before the Court on the Motion of the Plaintiff, and it appearing that the Special Assistant U.S. Attorney has no objection, now, therefore,

IT IS HEREBY ORDERED that the late filing of Plaintiff's Opening Brief herein be allowed, and that the time for the filing of the Government's responsive brief be and hereby is extended to December 18, 2008, and that the time for the filing of Plaintiff's reply brief be and hereby is extended to January 5, 2009.

DATED this 24th day of November, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　　　　J. KELLEY ARNOLD
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Presented by:　　　　　　　　　　　　　　　　Approved for Entry:

　　　　　　　　　　　　　　　　　　　　　　　/s/ per telephone approval
TOM O'NEILL  WSB #9363　　　　　　　　　　CAROL HOCH  WSB# 9289
Of Attorney for Claimants　　　　　　　　　　Special Assistant U.S. Attorney

Order Extending Briefing Schedule