AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CYNTHIA LAMPE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5274RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

| | |
|---|---|
|   February 6, 2009 |    BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |